UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

**FILED**
OCT 2 0 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| DWAYNE E. GRAY ) | |
| 5567 WEST 43RD STREET ) | |
| INDPLS, IN. 46254 ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| Vs. ) | Civil Action No. |
| ) | |
| Gary Miller ) | 1: 23-CV-1476 SEB-TAB |
| Marion County Superior Court ) | |

**DEFENDANT.**

### MOTION FOR DEFAULT JUDGMENT AND MOTION TO SET UP HEARING ON DECLARATORY JUDGMENT RELIEF

Plaintiff, Dwayne E. Gray pro-se pursuant to Rule 12 of the Federal rules of Civil Procedure, . shows the Court as follows;

1. On August 21, 2023 Plaintiff **hand delivered** to Sheriff's Clerks, and a copy of the Summons was sent on August 26,2023 Two other Governmental Agencies monitoring this Case, an additional Certified mail shows that the Summons was served on Defendant as required by Law, which establishes a reasonable probability that Defendants received notice of this case and any hearings that may follow. Please see letter attached as exhibit (A)

2. That the Plaintiff have not received an answer to dated and defendant have **fail** to respond to said Complaint therein ,and demanded that a judgment by default be

entered against Defendant , and move forward by set up hearing on Declaratory Judgment Relief.

WHEREFORD, Plaintiff Dwayne Gray pray that this Court will grant Motion For Default Judgment and set up hearing on Declaratory judgment Relief and all other appropriate relief.

Respectfully Submitted,

Dwayne E. Gray

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by first class mail postage paid this day of ---20 2023.