UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DWAYNE GRAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-01476-SEB-TAB |
| GARY MILLER Judge, Marion County Superior Court #3, | ) ) ) ) |
| Defendant. | ) ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT. The action is dismissed for lack of jurisdiction.

IT IS SO ORDERED.

Date:   11/21/2023

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DWAYNE GRAY
5567 W. 43rd St.
Indianapolis, IN 46254